IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


**KENNETH HARTLEY,**

    Petitioner,

v.

                      CASE NO. 3:08-cv-000962-001

**KENNETH S. TUCKER,**
    **Secretary, Florida**
    **Department of Corrections**

    Respondent.               **CAPITAL CASE**

and

**PAMELA JO BONDI,**
    **Attorney General**

    Additional Respondent.
_____/

**PETITIONER'S NOTICE TO COURT
AND MOTION TO CONTINUE TO HOLD PROCEEDINGS IN ABEYANCE**

COMES NOW the Petitioner, **KENNETH HARTLEY,** by and through undersigned counsel and submits this Notice to Court, pursuant to this Court's Order of December 22, 2010 (Doc. 22)[1], and moves this Court to continue to hold the

---

[1] This Court's December 22, 2010, Order directed Petitioner to file a motion to re-open the proceedings in his case upon the conclusion of the state court proceedings. It is Petitioner's position that he is entitled to request certiorari review to the United States Supreme Court before his state court proceedings are concluded. However, in an

proceedings in abeyance.  In support of his notice and motion, Petitioner states:

    1.   On May 31, 2012, the Florida Supreme Court affirmed the circuit court's summary denial of Mr. Hartley's postconviction motion.  Mandate issued June 21, 2012.

    2.   After reviewing the Florida Supreme Court's opinion, Mr. Hartley intends to file a petition for writ of certiorari to the United States Supreme Court concerning the issues presented to the state courts.

    3.   Thus, Petitioner respectfully requests that this Court continue to hold the proceedings in Mr. Hartley's case in abeyance until he has filed and the United States Supreme Court has ruled on his petition for writ of certiorari.[2]

**WHEREFORE**, Petitioner respectfully requests this Court take notice of the Florida Supreme Court's denial of his appeal and continue to hold the proceedings in abeyance in

---

abundance of caution, Petitioner files this notice and motion in case this Court should believe that Petitioner's state court proceedings do not include his request for certiorari review.  If that is the case, then Petitioner respectfully requests that this Court construe his notice and motion as a motion to re-open the proceedings before this Court and grant him ten (10) days to filed an amended petition for writ of habeas corpus and memorandum of law.

    [2]The Federal District Court in <u>Willacy v. Tucker</u>, Case No. 6:08-cv-619-Orl-28KRS, recently granted a similar request.

order to allow Mr. Hartley the opportunity to file his petition for writ of certiorari to the United States Supreme Court.

                              Respectfully submitted,

                              /s/ Linda McDermott
                              LINDA MCDERMOTT
                              Fla. Bar No. 0102857
                              McClain & McDermott, P.A.
                              Attorneys at Law

                              20301 Grande Oak Blvd.
                              Suite 118-61
                              Estero, Florida 33928
                              Telephone: (850) 322-2172
                              FAX: (954)564-5412

                              Attorney for Petitioner

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the foregoing has been furnished electronically to Meredith Charbula, Assistant Attorney General, Office of the Attorney General, The Capitol - PL - 01, Tallahassee, FL 32399-6536, on this 17th day of July, 2012.

                              /s/ Linda McDermott
                              LINDA MCDERMOTT