UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KENNETH HARTLEY,

      Petitioner,

v.                                                          Case No. 3:08-cv-00962-MMH-LLL

SECRETARY, FLORIDA                      **CAPITAL CASE**
DEPARTMENT OF
CORRECTIONS, et al.,

      Respondents.
_____/

**NOTICE OF APPEAL**

Notice is hereby given that Kenneth Hartley, Petitioner in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's orders denying his 28 U.S.C. § 2254 petition. *See* ECF No. 72, 73.

This Court denied Petitioner's 28 U.S.C. § 2254 petition on August 4, 2022. ECF No. 72. Judgment was entered the following day. ECF No. 73. Petitioner's motion to alter and amend pursuant to FED. R. CIV. P. 59(e) was filed on August 30, 2022 and is currently pending before the Court. ECF No. 75.[1]

                                                  Respectfully submitted,

                                                  Linda McDermott
                                                    Chief, Capital Habeas Unit
                                                  Daniel Lawless

---

[1] Pursuant to FED. R. APP. P. 4(a)(4)(B)(i), Petitioner's notice of appeal "becomes effective to appeal a judgment or order, in whole or in part, when the order disposing of the [motion to alter or amend] is entered".

Office of the Federal Public Defender
Northern District of Florida
227 N. Bronough St., Suite 4200
Tallahassee, FL 32301-1300
(850) 942-8818
linda_mcdermott@fd.org
daniel_lawless@fd.org

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on the 6th day of day of September, 2022, I served the foregoing notice by electronic transmission to all counsel of record.

/s/. Linda McDermott
Linda McDermott
