IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KENNETH HARTLEY,

    *Petitioner*,

v                                                     CASE NO.: 3:08-cv-0962
                                                            CAPITAL CASE

SECRETARY,
FLORIDA
DEPARTMENT OF CORRECTIONS,

    *Respondent*.
_____/

## MOTION FOR PERMISSION TO FILE A REPLY

On March 13, 2024, Hartley, represented by Capital Habeas Unit of the Office of the federal Public Defender of the Northern District of Florida (CHU-N), filed a court-ordered response. (Doc. #93). The Secretary files this motion for permission to file a reply to the Court-ordered response.

Hartley is current represented in state court by state postconviction counsel, Capital Collateral Regional Counsel - North (CCRC-N) and in federal court by CHU-N.  On February 29, 2024, CHU-N filed a motion for authorization to appear in state court to exhaust a claim of newly discovery evidence arguing their appointment should be authorized because they had been involved with the investigation conducted by Conviction Integrity Unit of the State Attorney Office of the Fourth Judicial Circuit (CIU), that was the

basis for the to-be-filed fifth successive state postconviction motion. (Doc. #88). This Court was "not persuaded that Hartley is entitled to federally appointed counsel to assist him with exhausting claims in state court where he neither alleges nor presents evidence that his state postconviction counsel is providing inadequate representation." (Doc. #92 at 3). This Court ordered CHU-N to file a response (1) advising of CCRCN's position on its request for appointment, and (2) explaining why CCRCN is not providing adequate representation" for pursuing the newly discovered evidence claims in state court, warranting the Court's expansion of NDFL-CHU's representation to Hartley's state court proceedings. (Doc. #92 at 4).

CHU-N's court-ordered response quoted an email from state postconviction counsel, CCRC-N. A copy of CCRC-N's email, however, was not attached to the response as an exhibit, and therefore, neither the completeness of the email nor the author can be determined. The response filed by CHU-N does not seemed to have been served on CCRC-N either.

The Secretary should be permitted to reply to the response in light the new development of CCRC-N's purported admission of inadequacy. Any reply will be under eight pages and would be filed before March 19, 2024.

Accordingly, this Court should allow the Secretary to file a short reply.

Respectfully submitted,

ASHLEY MOODY,
ATTORNEY GENERAL OF FLORIDA

/s/ *Charmaine M. Millsaps*
CHARMAINE M. MILLSAPS
SENIOR ASSISTANT ATTORNEY GENERAL
FLORIDA BAR NO. 0989134
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL, PL-01
TALLAHASSEE, FL 32399-1050
(850) 414-3300
COUNSEL FOR RESPONDENT

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

I HEREBY CERTIFY that opposing counsel, LINDA McDERMOTT, Chief of CHU-N, has been contacted via email regarding this motion for permission to file a reply and opposes the motion.

/s/ *Charmaine M. Millsaps*
Charmaine M. Millsaps
Attorney for Respondent

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing MOTION FOR PERMISSION TO FILE A REPLY has been furnished by electronic mail via CM/ECF to LINDA McDERMOTT, Chief of CHU-N, 227 N. Bronough Street, Suite 4200, Tallahassee, FL 32301-1300; phone: (850) 942-8818; email: linda_mcdermott@fd.org this  13th  day of March, 2024.

/s/ *Charmaine M. Millsaps*
Charmaine M. Millsaps
Attorney for Respondent