**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**KENNETH HARTLEY,**

       Petitioner,

v.                                                                   Case No. 3:08-cv-962-MMH-LLL

**SECRETARY, DEPARTMENT OF**              **THIS IS A CAPITAL CASE**
**CORRECTIONS and FLORIDA**
**ATTORNEY GENERAL,**

       Respondent.

_____

**OBJECTION TO RESPONDENT'S MOTION FOR
PERMISSION TO FILE SUR-REPLY**

COMES NOW, KENNETH HARTLEY, by and through undersigned counsel and opposes Respondent's request to file a sur-reply to Petitioner's motion to exhaust relief in state court. Petitioner states:

1.　　Over the past two weeks, Petitioner filed an emergency motion to exhaust relief in state court, ECF No. 88, to which Respondent filed a twenty-page response and objection. ECF No. 90.

2.　　Petitioner requested an opportunity to file a reply. ECF No. 91. This Court granted the motion and directed Petitioner to "(1) advis[e the Court] of CCRCN's position on its request for appointment, and (2) explain[] why CCRCN is not providing "adequate representation" for pursuing the newly discovered evidence claims in state court, warranting the Court's expansion of NDFL-CHU's representation to Hartley's state court proceedings." ECF No. 92 at 4.

1

3.      Today, after Petitioner filed his reply, Respondent filed a motion for permission to file a sur-reply "in light of the new development of CCRC-N's purported admission of inadequacy". ECF No. 94 at 2. Respondent also complained (1) that a copy of an email from CCRC-N was not attached to the response, "so that neither the completeness of the e-mail nor the author can be determined"; and (2) the response does not seemed (sic) to have been served on CCRC-N either". *Id.*

4.      In order to diffuse these extraneous and nonsensical complaints, Petitioner states that CCRC-N's representations were made by Assistant Capital Collateral Counsel Elizabeth Spiaggi and embody the entirety of the representations made related to the issues set forth in this Court's order. ECF No. 92.

5.      Further, CCRC-N is not counsel to this proceeding. Despite this fact, shortly after filing Petitioner's reply, undersigned supplied state court counsel with a copy of the reply and Mr. Hartley's declaration.

6.      Finally, Petitioner objects to Respondent's request for a sur-reply. Respondent addressed CCRC-N's adequacy in its response, devoting several pages to support that position. ECF 90 at 6-12. As previously argued, Respondent has no standing to address the issue of Petitioner's representation.

Respectfully submitted,

/s/ Linda McDermott
Linda McDermott
Office of the Federal Public Defender

Northern District of Florida
227 N. Bronough St., Suite 4200
Tallahassee, FL 32301-1300
(850) 942-8818
linda_mcdermott@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing motion have

been furnished by electronic service to all counsel of record on this 13th day of

March, 2024.

/s/ Linda McDermott
Linda McDermott