IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KENNETH HARTLEY,

    *Petitioner*,

v                                                     CASE NO.: 3:08-cv-0962
                                                          CAPITAL CASE

SECRETARY,
FLORIDA
DEPARTMENT OF CORRECTIONS,

    *Respondent*.
_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Secretary files this notice of supplemental authority, pursuant to the local rule governing such notices. M.D. Fla Loc. R. 3.01(i). The en banc authority is submitted in support of the Secretary's objection to CHU-N's pending motion for authorization to appear in state court, in place of state postconviction counsel, to exhaust a claim of newly discovered evidence (Doc. #90 at 7):

*Chandler v. United States*, 218 F.3d 1305, 1315 n.16 (11th Cir. 2000) (en banc) (observing that, because the standard is an objective one, trial counsel's admission at an evidentiary hearing that his performance was deficient "matters little" citing *Tarver v. Hopper*, 169 F.3d 710, 716 (11th

Cir.1999), and *Atkins v. Singletary*, 965 F.2d 952, 960 (11th Cir.1992)).

Respectfully submitted,

ASHLEY MOODY,
ATTORNEY GENERAL OF FLORIDA

/s/ *Charmaine M. Millsaps*
CHARMAINE M. MILLSAPS
SENIOR ASSISTANT ATTORNEY GENERAL
FLORIDA BAR NO. 0989134
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL, PL-01
TALLAHASSEE, FL 32399-1050
(850) 414-3300
COUNSEL FOR RESPONDENT

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(i)

I HEREBY CERTIFY that the notice of supplemental authority complies with local rule 3.01(i) and contains only: (1) a citation of the authority; (2) a specification by page, paragraph, and line of the issue or argument in the earlier paper that the authority supplements; and (3) a succinct quotation from the authority and that the entire pleading is under three pages.

/s/ *Charmaine M. Millsaps*
Charmaine M. Millsaps
Attorney for Respondent

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF SUPPLEMENTAL AUTHORITY has been furnished by electronic mail via CM/ECF to LINDA McDERMOTT, Chief of CHU-N, 227 N. Bronough Street, Suite 4200, Tallahassee, FL 32301-1300; phone: (850) 942-8818; email: linda_mcdermott@fd.org this  14th  day of March, 2024.

/s/ *Charmaine M. Millsaps*
Charmaine M. Millsaps
Attorney for Respondent