## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**KENNETH HARTLEY,**

    Petitioner,

v.                                    Case No. 3:08-cv-962-MMH-LLL

**SECRETARY, DEPARTMENT OF**      **THIS IS A CAPITAL CASE**
**CORRECTIONS and FLORIDA**
**ATTORNEY GENERAL,**

    Respondent.
_____

### UNOPPOSED MOTION FOR LEAVE TO REPLY

    Petitioner Kenneth Hartley, respectfully moves for leave to file a reply to Respondent's May 6, 2024 response to Mr. Hartley's motion to alter or amend. *See* ECF Nos. 98, 103; *see also* M.D. Fla. Rule 3.01(d) (permitting the filing of a reply in support of a motion with leave of the court). Respondent's arguments seek expansion of this Court's March 18, 2024, order; speculate on the relationship between CHU-N and state-court counsel; and globally misconstrue CHU-N's foundational duties and ethical responsibilities. *Compare, e.g.*, ECF No. 103 at 1 (asking this Court to "instruct CHU-N to stop providing any input or advice about Hartley's state postconviction proceedings that is not explicitly solicited by lead state postconviction counsel") *with* 2003 ABA Guidelines for the Appointment and Performance of Counsel in Death Penalty Cases ("ABA Guidelines"), Guideline 10.15.1 (requiring continued "aggressive investigation of all aspects of the case" and

1

noting in commentary the "ever-more intertwined" nature of state and federal collateral proceedings).

In light of Respondent's arguments, Mr. Hartley requests the opportunity to address them in a short reply. Respondent does not oppose this request.

**WHEREFORE**, Mr. Hartley respectfully asks this Court to grant him leave to reply on or before May 16, 2024. Mr. Hartley's reply will not exceed seven pages.

Respectfully submitted,

/s/ Linda McDermott
Linda McDermott
Chief, Capital Habeas Unit
Office of the Federal Public Defender
Northern District of Florida
227 N. Bronough St., Suite 4200
Tallahassee, FL 32301-1300
(850) 942-8818
linda_mcdermott@fd.org

## LOCAL RULE 3.01(g) CERTIFICATION

Petitioner maintains that Respondent lacks standing on the issues warranting a reply. However, undersigned counsel has contacted opposing counsel, Assistant Attorney General Jason Rodriguez, who does not object to the filing of a reply.

/s/ Linda McDermott
Linda McDermott

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing motion have been furnished by electronic service to all counsel of record on this 8th day of May,

2024.

/s/ Linda McDermott
Linda McDermott