IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KENNETH HARTLEY,

v.   CAPITAL CASE NO. 3:08-cv-962

SECRETARY, FLA. DEPT. OF
CORRECTIONS, ET AL.,
_____/

## STATE-COURT STATUS UPDATE

The Secretary of the Florida Department of Corrections and Florida Attorney General (collectively the State) provide this report to update this Court on facts relevant to Hartley's pending Motion to Alter/Amend. (See Doc.98 at 14-16 (arguing this Court should reconsider its denial of authorization if the state court permits Hartley's state postconviction counsel to withdraw).)

This morning, the state court held a motion-ruling hearing on the motion to withdraw filed by Capital Collateral Regional Counsel – Northern Region (CCRC-N)—Hartley's lead state postconviction counsel. *See State v. Hartley*, 1991-CF-8144 (Fla. 4th Jud. Cir. Ct.) (Duval County). The State and CCRC-N were both in attendance.

The state court orally denied CCRC-N's motion to withdraw from representing Hartley as lead state postconviction counsel. The court also scheduled a status conference on his motion to amend his state postconviction motion for

1

9:00 a.m. on 6/26/2024.

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by ECF filing to Petitioner and all counsel of record.

        ASHLEY MOODY
        Attorney General

        /s/ *Jason William Rodriguez*
        JASON WILLIAM RODRIGUEZ
        SENIOR ASSISTANT ATTORNEY GENERAL
        Florida Bar No. 125285
        Office of the Attorney General
        PL-01, The Capitol
        Tallahassee, FL 32399-1050
        capapp@myfloridalegal.com
        Jason.Rodriguez@myfloridalegal.com
        Phone: (850) 414-3661