# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 09, 2024

Linda McDermott
Federal Public Defender's Office
227 N BRONOUGH ST STE 4200
TALLAHASSEE, FL 32301

Appeal Number: 22-13006-P
Case Style: Kenneth Hartley v. Secretary, Florida Department of Corrections, et al
District Court Docket No: 3:08-cv-00962-MMH-LLL

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:      404-335-6100      Attorney Admissions:           404-335-6122
Case Administration:      404-335-6135      Capital Cases:                 404-335-6200
CM/ECF Help Desk:         404-335-6125      Cases Set for Oral Argument:   404-335-6141

MOT-2 Notice of Court Action

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13006

_____

KENNETH HARTLEY,

                                                         Petitioner-Appellant,

*versus*

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,
FLORIDA ATTORNEY GENERAL,

                                                         Respondents-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:08-cv-00962-MMH-LLL

_____

Before ROSENBAUM, LUCK, and LAGOA, Circuit Judges.

2  Order of the Court  22-13006

BY THE COURT:

Appellant's motion for reconsideration of the May 20, 2024 single-judge order denying motion for certificate of appealability is denied.